NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HONEYWELL INTERNATIONAL INC.,**
*Appellant*

v.

**KATHERINE K. VIDAL, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,**
*Intervenor*

---

2020-1991, 2020-2023

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/001,783, 95/002,189, 95/002,204.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceedings are DISMISSED under Fed. R. App. P.  42 (b).

2                          HONEYWELL INTERNATIONAL INC. v. VIDAL

(2)  Each side shall bear their own costs.

                                   FOR THE COURT

August 17, 2022
        Date                       /s/ Peter R. Marksteiner
                                   Peter R. Marksteiner
                                   Clerk of Court

**ISSUED AS A MANDATE:** August 17, 2022